43 F.3d 1468
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Grace SCOTT, Plaintiff Appellant,
v.
John O. MARSH, Jr., Secretary, Department of the Army,
Defendant Appellee.
 No. 94-1682.
 United States Court of Appeals, Fourth Circuit.
 Submitted Oct. 18, 1994.
Decided Nov. 10, 1994.
 
 Appeal from the United States District Court for the District of South Carolina, at Columbia. Matthew J. Perry, Jr., District Judge. (CA-89-3059-10BD)
 Grace Scott, appellant Pro Se. Terri Hearn Bailey, Office of the U.S. Atty., Columbia, SC; Major John Carlton Kent, U.S. Army, Arlington, VA, for appellee.
 D.S.C.
 AFFIRMED.
 Before HALL and MICHAEL, Circuit Judges, and CHAPMAN, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order granting summary judgment to the Respondent on Appellant's complaint of retaliatory discrimination filed pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Sec. 2000e-2 (1988). Our review of the record and the district court's opinion accepting the recommendation of the magistrate judge discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Scott v. Marsh, No. CA-89-3059-10BD (D.S.C. Apr. 18, 1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.